# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

**CARMEN LAURA MARTINEZ,**

    *Plaintiff*,

**v.**                                **Case No. 5:25-CV-0736-JKP**

**WORLDWIDE CLINICAL TRIALS
EARLY PHASE SERVICES, LLC,
doing business as, Worldwide
Clinical Trials,**

    *Defendant.*

## ORDER OF DISMISSAL

Before the Court is a Joint Motion for Entry of Agreed Order of Dismissal with Prejudice (ECF No. 13) filed by the parties. The motion indicates that the parties have resolved all matters in controversy between them and requests entry of a submitted agreed order of dismissal. This Order of Dismissal incorporates all material terms of the submitted agreed order. Given the matters revealed in the motion, the Court **GRANTS** the motion and **DISMISSES** this action with prejudice. All of Plaintiff's claims and causes of action against Defendant are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. **The Clerk of Court is directed to close this case.**

It is so ORDERED this 2nd day of July 2026.

_____
**JASON PULLIAM
UNITED STATES DISTRICT JUDGE**